*E-Filed: January 22, 2014*

MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER KELLEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | Civil No. 5:13-cv-4867-HRL<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE**; ORDER |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her answer to Plaintiff's complaint and file a copy of the certified administrative record with the Court by 7 days to January 28, 2014, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter.  There is good cause for this extension because of Defendant's obligation to handle each matter within an extensive caseload with due care and diligence.

Stipulation to Extend Briefing Schedule, 5:13-cv-4867-HRL                   1

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | Date: <u>January 21, 2014</u> | LAW OFFICES OF TOM WEATHERED |
| 4 | By: | <u>/s/ Asim H. Modi for Tom F. Weathered</u> |
| 5 | | TOM F. WEATHERED |
| 6 | | *Authorized by e-mail on January 21, 2014* |
| | | Attorneys for Plaintiff |
| 7 | | |
| 8 | Date: <u>January 21, 2014</u> | MELINDA L. HAAG |
| | | United States Attorney |
| 9 | | DONNA L. CALVERT |
| | | Acting Regional Chief Counsel, Region IX |
| 10 | | Social Security Administration |
| 11 | BY: | <u>/s/ Asim H, Modi</u> |
| 12 | | ASIM H. MODI |
| | | Special Assistant United States Attorney |

Stipulation to Extend Briefing Schedule, 5:13-cv-4867-HRL                                        2

```
MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
       160 Spear Street, Suite 800
       San Francisco, CA  94105
       Telephone: 415-977-8952
       Facsimile: 415-744-0134
       Email: asim.modi@ssa.gov
Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER KELLEY,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>　　　Defendant. | Civil No. 5:13-cv-4867-HRL<br><br>~~[PROPOSED]~~<br>**ORDER EXTENDING**<br>**BRIEFING SCHEDULE** |

　　Based upon the parties' Stipulation to Extend Briefing Schedule, and for good cause shown, **IT IS ORDERED** that Defendant shall have until January 28, 2014, to file her answer to Plaintiff's complaint and file a copy of the certified administrative record with the Court.

DATED: 1/22/2014

_____
HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

~~Proposed~~ Order Extending Briefing Schedule, 5:13-cv-4867-HRL　　　　　　　　　　1